IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.   No. 2:02CR20052-001

JIMMY DON RELEFORD                                                          DEFENDANT

**O R D E R**

At the detention hearing held this date, the court, after hearing testimony and after being well and sufficiently advised, detained the defendant and directed that the defendant be remanded to the custody of the U.S. Marshal's Service. The Defendant is detained pending hearing set for July 13, 2010.

SO ORDERED this 17th day of June, 2010.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE