IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                         Cr. No. 2:02CR20052-001

JIMMY DON RELEFORD,
    DEFENDANT.

## ORDER FOR REMISSION OF FINE

Now on this __14th__ day of __September__, 2012, comes on to be considered the United States' Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On November 15, 2004, Defendant was sentenced to seventy-five months incarceration and three years of supervised release. The defendant was ordered to pay a $100.00 special assessment and a $2,000.00 fine. The United States has collected a total of $237.34, leaving a balance due in the amount of $1,862.66, as of September 12, 2012.

    2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

    3. The United States has been unable to locate the defendant and has been unable to collect any funds since March 10, 2008 and believes there is no reasonable likelihood the balance can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 14 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk